**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

| | | |
|---|---|---|
| **AARON TREMELL HILL, SR.,** | § | |
| | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **VS** | § | **CAUSE NO. 4:24-cv-00011-DC-DF** |
| | § | |
| **DOLLAR TREE STORES, INC;** | § | |
| | § | |
| **DEFENDANT,** | § | |

On this day, came for consideration Plaintiff's Reply in Support of Plaintiff's Motion to Compel Discovery.  The Court, having considered the pleadings, the arguments and briefs of the parties, the affidavits, other supporting evidence, and papers on file in this case, is of the opinion that Plaintiff's Reply in Support of Plaintiff's Motion to Compel Discovery is well-taken and should be **GRANTED.**

Accordingly, it is ORDERED that Plaintiff's Motion to Compel is hereby **GRANTED.**

The Defendant must provide full, complete, and unobjected-to responses to Plaintiff's First Set of Interrogatories Request for Production, and Request for Admission and Plaintiff's Second Set of Interrogatories Request for Production, and Request for Admission.

The Defendant shall serve these responses on Plaintiff within 7 days of the date this order is signed.

SIGNED this_____ day of _____, 2026

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

AARON TREMELL HILL, SR.,        §
                                §
        PLAINTIFF,              §
                                §
VS                              §        CAUSE NO. 4:24-cv-00011-DC-DF
                                §
DOLLAR TREE STORES, INC;        §
                                §
        DEFENDANT,              §

**PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL**

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES Aaron Tremell Hill, Sr., Plaintiff in the above-entitled cause, and responds in writing according to the Federal Rules of Civil Procedure (FRCP) and Local Rule CV-33 of the Western District of Texas, Motion to Compel Discovery and for Sanctions, and in support thereof would respectfully show the Court as follows:

## I.    INTRODUCTION

PLAINTIFF submits this Reply in support of their Motion to Compel Responses to Plaintiff's First Set of Interrogatories and Second Set of Interrogatories.  The opposing party's Opposition fails to provide any valid legal basis for withholding this information. The requested materials are highly relevant and crucial to the resolution of this case. Please see DK 45 1, 2, 3, DK 46 1. 2, 3, and DK 49 1,2

## II.    ARGUMENT

### 1.  The requested information is relevant and proportional

In their Opposition, the opposing party argues that the requests are overbroad or burdensome. This is inaccurate. The requested information about Mr. Molina's personnel

files, Video Footage that is time stamped, Mr. Molina's past employment, Mr. Molina's past diversity training while employed at Dollar Trees Stores in Monahans, Texas, if Mr. Molina has ever hired an African American, admission of the April 23, 2026, deposition where the defense attorney for Dollar Tree Stores described a customer in the store as African American based on his skin color on record See DK 49 exhibit 3  Page 83 line 11-19, and is proportional to the needs of this case. See DK 45 1,2,3 DK 46 1,2,3, and DK 49 1, 2, 3

The Defendant also failed to submit a reply to my motion to compel within the 7 days per Local Rule CV-7 (e) of the Western District of Texas. Plaintiff filed motion to compel on May 17, 2026, See DK 45 DK 46, which gives the Defendant on or about May 24, 2026, to comply. The Defendant didn't file their reply until May 26, 2026, See DK 47 DK 48.

2. **The opposing party's objections are waived or lack merit**

The opposing party's refusal to comply lacks legal justification. As established in the original Motion to Compel, the opposing party provided generalized, boilerplate objections rather than specific, substantiated claims of burden. Under Federal Rule of Civil Procedure 37(a)(3)(B), generalized objections are insufficient to withhold discovery.

3. **Good-Faith attempts to resolve the dispute were made**

Contrary to the opposing party's assertions, Plaintiff made multiple good-faith efforts to resolve this discovery dispute without court intervention, as required by Federal Rules of

Civil Procedure (FRCP) and Local Rule CV-33 of the Western District of Texas. Plaintiff sent the following correspondence to the defendant May 2, May 3, and May 4, All attempts to reach a mutually agreeable compromise were rejected. DK 45 1, 2, 3 and DK 46 1, 2, 3.

III.    **CONCLUSION**

For the foregoing reasons, and those set forth in the initial Motion to Compel, Plaintiff respectfully requests that this Court grant the Motion to Compel and order the opposing party to fully respond to the interrogatories, Admissions, and Production within 7 days and grant such other relief as the Court deems just and proper.

IV.    **DISCOVERY BACKGROUND**

1. On or about March 29, 2026, Plaintiff served Defendant First Set of Interrogatories / Requests for Production / Requests for Disclosure upon Dollar Tree Stores. Inc.

2. Under the Federal Rules of Civil Procedure (FRCP 33) (b)(3) and the Western District of Texas Local Court Rules (CV-33), responses and Signed Verification were due on or before April 28, 2026 (21) day extending for the verification form was due on or before May 19, 2026.

3. On or about May 2, 2026, Plaintiff served Defendant Second Set of Interrogatories / Requests for Production / Requests for Disclosure upon Dollar Tree Stores. Inc.

4. Under the Federal Rules of Civil Procedure (FRCP 33) (b)(3) and the Western District of Texas Local Court Rules (CV-33), responses and verification forms were due on or before June 2, 2026.

5. To date, Dollar Tree Stores, Inc. has failed to adequately respond to Plaintiff's discovery

requests. Specifically, Plaintiff's first set of Interrogatories, Second Set of Interrogatories, Admissions and Production questions.

6. Defendant has failed to provide the signed verification form (s), produce any documents, or provide answers that are not evasive and are incomplete. In this case the defendant responses are considered invalid Federal Rules Civil Procedures 33(b) and Local Rule CV-33 (a).

## V.    GOOD FAITH EFFORT TO RESOLVE

4. Pursuant to TRCP 191.2, Plaintiff has attempted to resolve this discovery dispute without the necessity of Court intervention.

5. On or about May 4, 2026, the undersigned contacted opposing counsel/ via email to discuss the deficiencies and request compliance. Despite these good faith efforts, the parties have been unable to reach an agreement, and the requested discovery remains outstanding.

6. The Dollar Tree Stores, Inc., failed to cooperate in good faith by not replying to the Plaintiff emails.

## VI.    ARGUMENT

7. Plaintiff is entitled to full and fair discovery under the Texas Rules of Civil Procedure.

8. The requested information is relevant to the claims and defenses in this lawsuit and is not subject to any valid privilege.

9. The Dollar Tree Stores, Inc failed to cooperate in good faith by not replying to Plaintiff's emails.

10. The Dollar Tree Stores, Inc. failed to provide store footage that is time stamped and is very crucial for timeline of each incident in the store.

11. The Dollar Tree Stores, Inc. has submitted insufficient responses, insufficient evidence, evidentiary gap, and failure of proof.

## VII.   MOTION FOR SANCTIONS

12. Because Dollar Tree Stores, Inc. has failed to comply with their discovery obligations without substantial justification, Plaintiff requests that the Court order Dollar Tree Stores, Inc. to pay the reasonable expenses, including filing fees, incurred in filing this Motion, pursuant to TRCP 215.1.

## VIII.   PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff prays that the Court set this Motion for a hearing and, after hearing, enter an Order:

1.   Compelling Dollar Tree Stores, Inc. provide full and complete responses to Plaintiff's discovery requests;

2.   Awarding Plaintiff reasonable expenses and attorney's fees incurred in bringing this Motion; and

3.   Granting such other and further relief to which Plaintiff may be justly entitled.

Respectfully submitted,


**Via E-filing to** holly@williamslawpc.com

Holly B. Williams, Attorney
Texas Bar No. 00788674
Williams Law Firm, P. C.
1209 W Texas Ave
Midland, Texas 79701-6173
432-682-7800
432-682-1112 (Fax)
ATTORNEY FOR DEFENDANT

/s/Aaron Tremell Hill, Sr.
**Aaron Tremell Hill, Sr**.
aaronhill73@yahoo.com
**Pro Se Litigant**

## CERTIFICATE OF SERVICE

I, Aaron Tremell Hill, Sr., do hereby certify that on May 30, 2026, a true and correct copy of

the foregoing **PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S MOTION**

**TO COMPEL**, was forwarded to Holly B. Williams 1209 W Texas Ave Midland, Texas 79701-

6173.

**Via E-filing to holly@williamslawpc.com**
Holly B. Williams, Attorney
Texas Bar No. 00788674
Williams Law Firm, P. C.
1209 W Texas Ave
Midland, Texas 79701-6173
432-682-7800
432-682-1112 (Fax)

**ATTORNEY FOR DEFENDANT**

/s/Aaron Tremell Hill, Sr.
**Aaron Tremell Hill, Sr.**
aaronhill73@yahoo.com
**Pro Se Litigant**