Case 4:24-cv-00011-DC-DF    Document 49-1    Filed 05/30/26    Page 1 of 1

## Aaron Tremell Hill, Sr. v. Dollar Tree Stores, Inc.; Cause No. 4:24-cv-00011-DC-DF; In the U.S. District Court for the Western District of Texas, Pecos Division

From:  Donnabelle Hutt (donnabelle@williamslawpc.com)

To:  aaronhill73@yahoo.com

Cc:  holly@williamslawpc.com

Date:  Tuesday, May 26, 2026 at 05:39 PM CDT

Good afternoon, Mr. Hill – please find the attached Defendant's supplemental document production, designated CONFIDENTIAL and Bates-labeled DF 0011-0058.  Please acknowledge receipt of the same.

Kind regards,

Donnabelle Hutt
Office Manager / Legal Assistant
Williams Law Firm, P.C.
1209 W. Texas Ave.
Midland, TX  79701
432-682-7800
432-682-1112 (Fax)
www.williamslawpc.com

PRIVILEGED AND CONFIDENTIAL COMMUNICATION:  This message originated from Williams Law Firm, P.C.  This message and any files or attachments transmitted with it are confidential, intended only for the named recipient, and may contain information that is subject to attorney-client privilege, protected by the attorney work product doctrine, and/or otherwise protected from unauthorized disclosure.  If you receive this email in error, please advise the sender by immediate reply and delete the original message.  Thank you.

 DF 0011-58 Associate Handbook_CONFIDENTIAL.pdf
1.3 MB