Case 4:24-cv-00011-DC-DF  Document 49-2  Filed 05/30/26  Page 1 of 2

## Re: Aaron Tremell Hill, Sr. v. Dollar Tree Stores, Inc.; Cause No. 4:24-cv-00011-DC-DF; In the U.S. District Court for the Western District of Texas, Pecos Division

From:   Aaron Hill (aaronhill73@yahoo.com)

To:     donnabelle@williamslawpc.com

Date:   Wednesday, May 27, 2026 at 10:44 AM CDT

Good Morning Mrs. Williams,

Untimely and Unverified Discovery Responses

Aaron Tremell Hill,  Sr. V Dollar Tree Stores, Inc.  – Cause no. 4:24- cv-00011- DC-RCG

DEFICIENCY NOTICE AND REJECTION

Dear Mrs. Williams,

I am writing regarding your discovery responses and verifications in the above-referenced matter, first set of Interrogatories, Admissions, and Production which were due on April 28, 2026. Your responses and verifications were served on March 29, 2026, making them untimely. The second set of Interrogatories and Production were submitted on May 4, 2026 which you rejected to respond.

Furthermore, the responses were not properly verified as required by the applicable rules of civil procedure. Per your email on May 4, 2026 you stated the "Local Rule CV-33 of the  U.S. District Court for the Western District of Texas allows you an additional 21 days from April 28, 2026 for you to provide the verification form"; however, the date made the verification due on May 19, 2026 which I didn't receive.

Because your submission is both late and
legally deficient, I am formally rejecting your discovery Under Local Rule CV-33 of the  U.S. District Court for the Western District of Texas.  unverified responses are tantamount to providing no responses at all, and any objections contained therein are deemed waived.

Please be advised that I am preserving my position that you have failed to provide
Code-compliant discovery. I sent you an email as a reminder to produce the information request in the First and Second set of Interrogatories,  Admissions, and Production to no avail, so I had no choice as I stated in the email but to file a Motion to Compel and seek all associated fees and sanctions if I do not receive complete, properly verified responses and verifications by May 11, 2026 which your office never responded to my email.

Sincerely,

Aaron T. Hill, Sr, B. S.

Aaron T Hill, Sr, B.S.
13949 Jacktar Street
Corpus Christi, Texas 78418
Cell: 361-562-8404

Thank You,

Aaron T. Hill, Sr, B. S.

Aaron T Hill, Sr, B.S.
13949 Jacktar Street

Case 4:24-cv-00011-DC-DF Document 49-2 Filed 05/30/26 Page 2 of 2

Corpus Christi, Texas 78418
Cell: 361-562-8404
Email: aaronhill73@yahoo.com