if I speak as well, right?

Q. Yeah. That's --

A. Okay.

Q. -- fine.

A. Cool.

Q. Just kind of --

A. And this is the second time he's exited the building, and he's already seen me. He said he saw me as well. I didn't see him, but he saw me as well -- twice.

Q. And do you see that black man checking out at the --

A. I don't know if he's black, white, or Hispanic. I don't know because I -- I don't -- how do I know if he's black?

Q. Well, he appears to be dark skinned.

A. Right. But that doesn't mean he's African-American, right?

Q. He looks African-American to me.

A. Well, I'll leave it at that. Is it somewhere we can get documentation that tells you the time stamped here because I -- if I'm not mistaken, Mr. Molina, when he was inside with the police department with the bodycam, specifically states this as well. He's saying that the time is on his computer. So he had the times