**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

| | | |
|---|---|---|
| **AARON TREMELL HILL, SR.,** | § | |
| | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **VS** | § | **CAUSE NO. 4:24-cv-00011-DC-DF** |
| | § | |
| **DOLLAR TREE STORES, INC;** | § | |
| | § | |
| **DEFENDANT,** | § | |

**PLAINTIFF'S NOTICE OF COMPLIANCE**

On this day come for consideration Plaintiff's NOTICE OF COMPLIANCE to the Court, having considered the pleadings, the arguments and briefs of the parties, the affidavits, other supporting evidence, and papers on file in this case, is of the opinion that Defendant's Document 55, should be **Denied**.

Accordingly, it is ORDERED that Defendant's Document 55 shall be and is hereby stricken and **DENIED and Plaintiff's Document 54 should be Granted.**

SIGNED this_____ day of _____, 2026

_____
UNITED STATES DISTRICT JUDGE

1

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

| | | |
|---|---|---|
| **AARON TREMELL HILL, SR.,** | § | |
| | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **VS** | § | **CAUSE NO. 4:24-cv-00011-DC-DF** |
| | § | |
| **DOLLAR TREE STORES, INC;** | § | |
| | § | |
| **DEFENDANT** | § | |

**PLAINTIFF'S NOTICE OF COMPLIANCE**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW,** AARON TREMELL HILL, SR. Plaintiff herein, as a Pro Se Litigant of record,

and files this **PLAINTIFF'S NOTICE OF COMPLIANCE** Federal Rules of Civil

Procedure, and in support thereof, he will respectfully show this Court the following.

**Status of Compliance:**

The Supreme Court of Texas completely rewrote Texas Rule of Civil Procedure (TRCP) 166a,

which governs Summary Judgement practice. The update rule went into effect on March 1,

2026, Plaintiff hereby provides notice of compliance.

- The Plaintiff has fully complied with the Summary Judgement Texas Rule of Civil

Procedure (TRCP) 166a rule: The nonmovant's response is due within 21 days after the motion

is filed. The movant's reply must be filed within 7 days after the response is filed.

**Details of Compliance:**

The Plaintiff has provided Opposition for Summary Judgement and attachments to the

2

defendant and the court on July 6, 2026, DK 54 which is in compliance in according the Texas

Rule of Civil Procedure (TRCP) 166a rule:


### PRAYER

WHEREFORE PREMISES CONSIDERED, Plaintiff respectfully requests that

PLAINTIFF'S NOTICE OF COMPLIANCE in Support be GRANTED, and he be awarded his

costs and fees and any other relief to which he may be justly entitled to receive.


Respectfully submitted,

Aaron Tremell Hill, Sr

/s/Aaron Tremell Hill, Sr.
**Aaron Tremell Hill, Sr.**
13949 Jacktar Street
Corpus Christi, Texas 78418
Email: aaronhill73@yahoo.com
361-562-8404
**Pro Se Litigant**

**CERTIFICATE OF SERVICE**

I, Aaron Tremell Hill, Sr., do hereby certify that on July 22, 2026, a true and correct copy of the

foregoing PLAINTIFF'S NOTICE OF COMPLIANCE was forwarded to Holly B. Williams,

1209 W Texas Ave, Midland, Texas 79701-6173.

**Via E-filing to** holly@williamslawpc.com
Holly B. Williams, Attorney
Texas Bar No. 00788674
Williams Law Firm, P. C.
1209 W Texas Ave
Midland, Texas 79701-6173
432-682-7800
432-682-1112 (Fax)

**ATTORNEY FOR DEFENDANT**

/s/Aaron Tremell Hill, Sr.
**Aaron Tremell Hill, Sr.**
aaronhill73@yahoo.com
**Pro Se Litigant**

4